Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

10 CV 823

## 1. CAPTION OF ACTION

**A.  Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Everett Jones #07A5636
2. _____

-VS-

**B.  Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Superintendent of Attica Correctional     4. _____
2. SGT. Cochren     5. _____
3. R.N Hawley     6. _____

FILED OCT 18 2010

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Everett Jones #07A5636
Present Place of Confinement & Address: Great Meadow Correctional Facility
Post Office Box 51
Comstock NY 12821-0051

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Superintendent of Attica Correctional Facility
(If applicable) Official Position of Defendant: Superintendent
(If applicable) Defendant is Sued in ✓ Individual and/or ___ Official Capacity
Address of Defendant: Attica Correctional Facility
Exchange Street, Attica ny, 14011-0149

Name of Defendant: SGt Cochren
(If applicable) Official Position of Defendant: Sargent
(If applicable) Defendant is Sued in ✓ Individual and/or ___ Official Capacity
Address of Defendant: Attica Correctional Facility
Exchange Street, Attica ny 14011-0149

Name of Defendant: R.N Hewsley
(If applicable) Official Position of Defendant: Register nurse 1
(If applicable) Defendant is Sued in ✓ Individual and/or ___ Official Capacity
Address of Defendant: Attica Correctional Facility
Exchange Street, Attica ny 14011-0149

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes ✓ No ___

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): Everett Jones
   Defendant(s): State of new york

2. Court (if federal court, name the district; if state court, name the county): new york state court of claims

3. Docket or Index Number: 365117

4. Name of Judge to whom case was assigned: Michael E. Hudson

2

5. The approximate date the action was filed: **9/3/09**

6. What was the disposition of the case?

    Is it still pending? Yes____ No **X**

    If not, give the approximate date it was resolved. **9/8/10**

    Disposition (check the statements which apply):

    **✓** Dismissed (check the box which indicates why it was dismissed): *Fail to serve Defendant correctly*

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes **✓** No ~~⬤~~

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): *Everett Jones # 07A5636*

    Defendant(s): *Care Custody Control officers of Rikers Island, Almodover Shield #16018, Captain Williams Shield #820, Thurman #71, ADW*

2. District Court: *Southern District of New York*
3. Docket Number: *01 Civ 7653*
4. Name of District or Magistrate Judge to whom case was assigned: *Robert W Sweet*

5. The approximate date the action was filed: **10/10/07**

6. What was the disposition of the case?

    Is it still pending? Yes____ No **X**

    If not, give the approximate date it was resolved. **3/13/2008**

Disposition (check the statements which apply):

_X_ Dismissed (check the box which indicates why it was dismissed): *By Settlement*

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- (Equal Protection) [circled]
- Access to the Courts
- False Arrest
- Excessive Force
- (Failure to Protect) [circled]
- Search & Seizure
- Malicious Prosecution
- (Denial of Medical Treatment) [circled]
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. First Claim: (on date of the incident): 7/30/10.
(Defendent involved in this incident): Sargent Cochren.
(Did the following to Me): On the above Date I was a Victim of a 4# man gang assault I was Stab approx "6# times and Slice to the right side of my face with a razor blade leaving a 16" inch Scar. On this date of incident I was move into the housing area (B-Block) Sargent Cochren is the Superior officer of this Block and was on notice that ther was a forseeable problem with Me and other inmate he fail to protect me from these inmate and place me on the Dome Gallary (Cell Location) with inmate I had problems with. On the date of this incident the metal Detector wasn't used and Weapon's was permitted into the recreational yard in B-Block and I became the Victim of a gang assault by four inmate. In the course of this incident ther wasn't any officer in the yard and Sergent Cochren failed to secure this housing area of Weapon's and protect me from non inmate with assaultive behavior.
The constitutional basis for this claim under 42 U.S.C §1983 is: (Failure to protect.)
The relief I am seeking for this claim is: $75.000 thousand dollars of monetary compensation for my injurys Ive sustained from this assult.

: Exhaustion of your Administrative Remedies:
Did you grieve or appeal this claim? ✓ yes ___ No. if yes what was the result? The grievance comittee agreed with me in part. A55643-09 a copy is attach.
Did you appeal that Decision? ✓ yes ___ NO if yes what was the Result? C.O.R.C agreed in part as well.

All copys of document that indicate Ive exhausted my aministrative Remedies are attach.

A. Second Claim: on (Date of the incident) 7/30/09
Defendent involved in this incident ) (Superintendent) of attica correctional facility.
Did the following to me: on the above date of incident and after I filed a grievence. grievence agreed in part I appeal this decision to the Superintendent his response was there isnt enough man power to run every inmate through the metal detector and he dont see any compelling reason to alter his present operation of the facility. Attica C.F is a max "A" facility with inmate with dangerous assultive behavior's it is the Superintendent duty to make sure security measure are tight at all time. I have the Right to be free from prison assult from staff or inmate my 8th Admenment was violated I put the Superior officer of B-Block area on notice that there was a forseeable problem with me and other inmate & as well I wrote the Superintendent and express my concern for my safty no answer or any thing was done to protect me. Due to the Superintendent carelessness my life was put in danger The relief I am seeking for this claim is: $75.000 of monetary compensation for my injurys I've sustained from this assult and the failure to protect me from prison assult.

: Exhaustion of your Aministration Remedies :

Did you grieve or appeal this Claim? ✓ yes ___ NO if yes what was the result? The Grievence Comittee agreed in part with me Grevence # A5564309 a copy Attach.
Did you appeal that decision? ✓ yes ___ NO if yes what was the result? C.O.R.C agreed in part as Well.

All Copy's of document that indicate I've exhusted my aministrative Remedies are attach.

A. Third Claim: On 8/6/09
Defendent involved in this incident: Registered nurse Henley the R.N for S.H.U at attica correction Facility.
Did the following to me: After incident 1/30/09 where I was attack and assulted by four gang members I was placed in protective custody While in protective custody I was in my cell another inmate reach inside my cell and dashed me with 190° Degree water Which couse Suvere burns to my left torso and left arm. I Reported my injurys to the officer on duty I was then taken to S.H.U to a more secure area and nurse Hadley did not provide me with adequate medical attention or attempt to clean the burn area of my body the burn areas become infected days after and the only thing that Was given to me Was (preperation-H) Which is for anal Hemroids and not for burns the medical attention Was not adequate enough to help my medical needs I Requested proper medical attention I was denied.
The constitutional basis for this claim under 42 U.S.C § 1983 is: Denial of (adequat medical attention.)
The relief I am seeking for this claim is: $75.000 Thousand Dollers In monetary compensation for the lack of medical care and treatment.

· Exhaustion of your Administrative Remedies:
Did you grieve or appeal this claim? yes ✓ no ___ if yes What was the result? The Grievence Comittee did not agree with me And Beleive adequate medical attention was given When it Wasn't. Grevence #55695-09.
Did you appeal that Decision: yes ✓ ___ No if yes What was the Result? I appeal to the Superintendent he Sent it back to me and Would not accept my mail this action denied my (due process) I Appeal to C.O.R.C. and their decision Was the Same as grievence.

All copys are attach With the rest of documents.

## 6. Relief Sought

I am Seeking $75,000 thousand Dollars for the lack of Medical attention and adequate Medical Care. As Well for the risk and danger I Was put in due to the lack of Security. and Carelessness of Security Staff and Superior officers of Attica correctional Facility.

I Declare under penalty of perjury that the foregoing is true and Correct.

Executed On ___10/7/10___ X
                    Date

                                Signature of Plaintiff _____ X



| STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES | Grievance Number A-55643-09 | Design Code I/50 | Date Filed 8/5/09 |
|---|---|---|---|
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | Facility: Attica Correctional Facility | | |
| | Title of Grievance: Life In Danger, Metal Detector Not Used | | |
| | Director's Signature | | Date 10/7/09 |

10/7/09

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

Contrary to the grievant's assertions, CORC has not been presented with sufficient evidence to substantiate any negligence by staff. Further, the grievant has not presented any compelling reason to alter present operations.

SE/

----------

Jones, E. 07A5636

Transfered

Adequate Medical Care

(17)   22

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**

FORM 2131E (REV. 6/06)

## INMATE GRIEVANCE COMPLAINT

# ATTICA

(HIA)

CORRECTIONAL FACILITY

Grievance No. **A- 55695-09**

Date 8/10/09

Name Jones, E.    Dept.No. 07A5636   Housing Unit BW-9

Program _____   AM  CE-2  PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible)

See Attached

Grievant Signature _____

Grievance Clerk _____    Date: 12 AUG 2009

Advisor Requested  ☐ YES  ☐ NO   Who: _____

Action requested by inmate: _____

This Grievance has been informally resolved as follows:

**INMATE DID NOT SHOW UP FOR HEARING CALLOUTS ON THESE DATES**

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC)

55695-09

2131E (REVERSE) (REV. 6/06)    8/24/09

sponse of IGRC:

Rec. ¢1: According to ANA, you were seen at an outside hospital and given sutures. You were given oral antibiotic to prevent infection. In addition, upon your arrival in SHU, you were seen by medical staff for hot water burns; no blistering of the skin was noted. We agree that you ought to be treated for your medical needs.

ate Returned to Inmate _____   IGRC Members _____

hairperson _____

eturn within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor, review of dismissal

Signed _____   Date _____
        Grievant

_____   Date _____
Grievance Clerk's Receipt

To be completed by Grievance Clerk.

Grievance Appealed to the Superintendent _____
                                          Date

Grievance forwarded to the Superintendent for action _____
                                                     Date

n exception to the time limit may be requested under Directive #4040, section 701.6(g).