United States District Court
Western District of New York

---------------------------------------x

Everett Jones #01A5636
　　　　　Plaintiff

　-against-

Superintendent of Attica C.F
Cochren Sgt., R.N Hawley
　　　　　Defendent
---------------------------------------x

10-Civ00823 (H.K.S.)

(Plaintiff memorandum of law in Support)
(of his motion for Summary judgement)

#Point 1　(Table of Contents)
1) Preliminary Statement
2) Statement of Facts
3) Defendent was awear of a forseeable problem.

#Point 2
Defendent is awear that this is a max A facility with Dangerous inmate and the facility should be secured by all means to prevent harm from others.

#Point 3
　　Defendent is and was awear of my medical needs But did not attend to them adequate medical attention

United States District Court
Western District of New York

---------------------------------------x
Everett Jones #07A5636
                Plaintiff

   -against-                                    10 Civ 00823 (H.KS)

Superintendent Attica C.F
SGt. Cochren, R.N Howley
                Defendent
---------------------------------------x

Plaintiff Memorandum of law in support
of motion for Summary judgement.

Pro See Plaintiff Everett Jones a prisoner currently incarcerated was incarcerated at Attica Correctional Facility alleges that his Constitutional rights were violated on the 30th day of July 2009 while house at the above facility Specifically, alleges that the defendent SGt. Cochren of B-Block a Attica C.F. was on notice of a Forseeable problem with other inmate as well plaintiff alleges Defendent Superintendent fail to acknowledge the reported Complaint of a forseeable problem as well Defendent Superintendent fail to seek and maintain proper Safety measure to prevent harm from others and Supply enough officers while recreation is being ran/conducted Plaintiff also alleges Defendent R.N Howley did not Supply adequate medical Attention for burn's on body from hot Water 190° Plaintiff Everett Jones now moves for Summary judgement Pursuant to Fed R. Civ P. 56 on the following grounds.

1) Defendent was aware of a known and forseeable problem. And fail to act like a reasonable prudent person in a Simular Situation

2) Plaintiff has the right to be free from prison assult By Staff or inmate when the State takes a person into it costody and holds him there against his will the Constitution impose upon it a corresponding duty to Assure some responsiablity for his Safety and well being The rational for this principle is simply enough when the State by affirmation exercise of it power so restrains An inderviduals liberty that it renders him unable to provide care for himself and at the same time fails to provide for his basic human needs. ect... food, clothing Shelter, medical care and reasonable safety it trangresses the eighth amendment (See suprem ruling) Free from prison Prison Assult Prisoner rights forth Edition Book #1, 3:35

3) Plaintiff claims that (Attica.C.F) has #1 Metal Detector in each block houseing area that are not being used durring recreational activity time and weapons are being permitted into the yard area which created a duty of breach in Security and the Safety and life of others.

4) Plaintiff was assulted by four inmate's Plaintiff face was Slash by a rator and was Stabb with a Shank in the torso area of the body and burn with Hot Water 190° and this Court Should exercise copensatory judgement for plaintiff injury under the eighth amendment

(Statement of Facts)

The court is respectfully refered to plaintiff local rule 56. Statement of material facts intered 10/19/2010 at 3:05 PM E.D.T and filed on 10/18/2010 Jones V Superintendent of Attica C.F et. al. for Summary judgement for the Statement of those material facts which are not in dispute and which this motion is based please see Photo Greivence and attach Claim.

(Argument Standard of review)

Summary judgement should be granted if the pleading material on file and any affidavit shows that there is no genuine issue to not grant Summary judgement base on material facts and the movent is entittle to judgement as a matter of Law." Fed. R Civ. P 56. in Considering a Summary judgement motion the court must view the evidence in the light most favorable to the moving party and draw all reasonable inferences in it favor of the moving party One (Plaintiff) has carried his burden under Rule 56 The defendent may not rely merely on alligations or Denials in his own pleadings but must by affidavit or as other wise provided in rule's set out specific facts showing a greievence issue for trail. Fed R. CivP 56. in So doing plaintiff must show and produce specific facts indicateing that a factual issue exist See: (Photo inside complaint) if the evidence is merely colorable or is Significantly probative Summary judgement may be ~~the~~ granted.

## Point #1
## Plaintiff has Exhausted his Administratiative Remedies

Under the prison litigation reform act (P.L.RA) 42 U.S.C 1997e, prisoners are required to exhaust all available administration remedies bringing a federal action. Plaintiff has done so (See Attach to Complaint) Plaintiff state life is in danger and the administration was already on notice and Superior officers fail to act on the Problem to prevent the assult from happening by all means Grievence Number A55643-09. Summary judgement for the plaintiff should be granted in full by the court.

### (Point #2)

Defendent was awear that the facility is a MAX A Facility with inmate with assultive dangerious perpensity's And ther should be adequate officer on duty to secure the facility. Plaintiff Claims that Defendent was on notice of the forseeable problem with plaintiff and other inmate. Defendent is the Superior officer of this facility on date of incident and there before and after numerouse assults have Accured and many other inmate was slash and stabb And killed being that the security meadures are being taken lightly creating the duty of breach it is clear that under the constitution when a person is in costody and held gaist his will the constitution impose upon it cosresponding duty to assure some responsiablity for his safety and well being under eighth amendment right

See (Blake v State) 686 NYS 2d 219, 256, Ad 2d 878 (3d Dept 1999) State held to be negligent for failer to take Measure'd to properly protect Claimant from Another inmate with known history of assultive Behavior. This establish plaintiff Claim as a matter of law the court should grant Summery judgement for plaintiff.

### Point #3

Defendent was awear of plaintiff medical needs But fail to give plaintiff adequate medical care.

Plaintiff Complaint also alleges that medical staff Member didnt Supplie adequate medical care for injury'd Grievence #A55695-09 Plaintiff was given Prepenation-H which is a ointment for the anal rectum area and not for burns. See (Macrassen v State) 277 A.D 1160, 101, N.Y.S 2d 591 (4th Dept 1950) State held liable for negligence of prisoner doctors because the State has a duty to protect and preasure the health of inmates (Jacques v State) 127 misc. 2d 769, 487 N.Y.S 2d 463. 466 (Ct. of Claim) 1984 - failure to give post Oporation antibiotic constituted maalpractice this clearly establish a viatation of plaintiff rights and Summary judgement should be place in full on the above grounds on behalf of plaintiff further complaint was made by sick call in the facility nothing was given to reasure proper medical care the defendant

Was deliberatly indeferent.

(Conclusion)
Based on the foregoing plaintiff respectfully regest that his motion for Summary judgement be granted And that the courts grant plaintiff Such relief as deem's just and proper

Date: New York County
of (
This 24 day of June 2011

Everett Jones #01A5636
Southport correction facility
P.O Box 2000
Pine City Ny 14871-2000

United States District Court
Western District of New York

------------------------------------X

Everett Jones #01A5636
         Plaintiff

   - against -

Superintendent of Attica C.F
Sargent Cochren R.N Hawley
         Defendant

------------------------------------X

10 Civ 00823 (HKS)

Affirmation of Service

I Everett Jones x Declare under penalty of perjury that I have serve a copy of the attached: Motion Memorandum of law.

Upon Assistant Attorney General, whose address is State of New York Office of the Attorney General Buffalo Regional Office, main Place Tower, 350 main Street, Suite 300A. Buffalo, NY 14202-3699

Dated: Pine city , NY
     (City)     (State)

June , 24 , 2011
(Month) (Day) (Year)

Signature: Everett Jones #01A5636
Address: Southport Correctional Facility
Box 2000
City State: Pine City, NY
Zip Code: 14871-2000